2592265

# UNITED STATES DISTRICT COURT

District of Minnesota
Clerk's Office, 700 Federal Building
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

RECEIVED BY U.S. MAIL
2002 JUL -8 AM 9:54
U.S. DIST. COURT MINNEAPOLIS, MN

## MOTION FOR ADMISSION PRO HAC VICE

JRT/SRN

Case No.: 02-CV-835 Case Title: Gooden v. Village Green Management, Co.

Affidavit of Movant

I, Paul Egtvedt, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court to admit pro hac vice Laura Brodeur, an attorney admitted to the bar of the State of Michigan, the United States District Courts for the Eastern District of Michigan, but not admitted to the bar of this court, who will be co-counsel for defendant, Village Green Management Co., in the case listed above. I am aware that the local rules of this court require that I participate in the preparation and presentation of the case listed above, and that I accept service of all papers served.

Paul Egtvedt | 282194 MN Attorney License # | July 2, 2002 Date

Jackson Lewis Schnitzler Krupman
150 Fifth Street Tower, Suite 2800
150 South Fifth Street
Minneapolis, MN 55402
Telephone: (612) 341-8131
Fax: (612) 341-0609

Affidavit of Proposed Admittee

I, Laura Brodeur, am currently a member in good standing of the U.S. District Court for the Eastern District of Michigan, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Laura Brodeur Type/Print Name | Signature | June 28, 2002 Date

Attorney License Number: P44552
Law Firm Name & Address:

HONIGMAN MILLER SCHWARTZ and COHN LLP
660 Woodward Ave., 2290 First National Building
Detroit, MI 48226

Motion Granted:
For the Court, Richard D. Sletten, Clerk

JUL 08 2002
Date

JUL 08 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK