**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

CASSANDRA GOODEN,

Plaintiff,

v.

VILLAGE GREEN MANAGEMENT COMPANY,

Defendant.

Civil No. 02-835 (JRT/SRN)

**ORDER OF DISMISSAL**

---

Steve L. Smith, SMITH LAW OFFICE, 10 South Fifth Street, Suite 700, Minneapolis, MN 55402, for plaintiff.

Laura Brodeur, HONIGMAN MILLER SCHWARTZ & COHN 660 Woodward Avenue, Suite 2290, Detroit, MI 48226; David J. Duddleston, JACKSON LEWIS, 150 South Fifth Street, Suite 2800, Minneapolis, MN 55402, for defendant.

The parties having stipulated to dismiss this case and the Court being fully advised of the dismissal, **IT IS HEREBY ORDERED** that the claims of Cassandra Gooden, are **DISMISSED** with prejudice and without costs, interest or attorney fees to any party.

DATED: March 4, 2004
at Minneapolis, Minnesota.

s/John R. Tunheim
JOHN R. TUNHEIM
United States District Judge